IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JADE MECCA BEAULIEU,<br>Defendant,<br><br>and<br><br>GEORGIA STATE SOCCER ASSOCIATION, INC.,<br>Garnishee. | CASE NO. DNCW3:97CR178-1<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Jade Mecca Beaulieu is DISMISSED.

**SO ORDERED**.

Signed: June 18, 2019

David S. Cayer
United States Magistrate Judge